**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01329-CR
No. 05-12-01336-CR

**LAKENDRICK DUMANDRE HAYDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F09-62407-R, F11-61298-R**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's brief to the extent that we **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE